(Translation of Letter from Si Lung Chung)

June 10, 2021

Your Honor:

I am grateful for having this opportunity to write to you before my sentencing.

On May 1, 1975, I was born in a poor and remote village in Wen Zhou, China. I was one of the left-behind children and grew up under the care of my paternal grandparents. In 1993, I, still in an age of ignorance, I came to the United States. I am grateful that my foster parents took me in. Watching my foster family eat dinner together and bond over football, I aspired to have a family of my own, living a simple and honest life. However I was too young and naïve and did not take the chance to get a good education while living with my foster family and did not go to college. I travelled this far and bore a lot of hardship. I held thankful heart for all kind strangers who offered me their helping hand without asking for any return so that I could overcome all of those difficulties. I feel very fortunate to meet my wife. We love each other. We married when we were 22 years old and soon, we had two children. We had not had plenty in life at the time, but we felt very happy and blessed. I swore that I would take good care of my children and protect my family and would not let my children suffer as I did. I would provide them with good living condition and nurturing environment, and also try my best to help those who need help. During the past years, I have been working very hard. Beside work, I spent almost all of my leisure time with my family, except occasionally I went to friends or relatives' party to help them cooking.

In 2001, I was working in the post office next to the twin towers in Manhattan. I got up at 4 A.M. every morning to get to work, because I was on the morning shift. I got off work early in the afternoon. I would help my wife to do her work. My heart ached when I saw my petite wife got her hands full with her work and taking care of our two small children. She never complained and lived industriously and frugally. She is the best gift God has given me. Our two children are also God's grace and gifts. On September 11, 2001, I was working in the post office. I could not believe what happened were true. Black smokes covered us and it was totally dark. I felt like the sky fell upon us. The telephone and cell phone were disconnected. My family and I lost contact and they were terrified and cried. I travelled on foot for six hours and finally got home in safety. Nights after nights since that day, I had nightmares. I did not know what had happened to me – I often passed out for a brief moment. I thought that I might have been stunned by that experience. But later I was diagnosed with a brain tumor. I thought a lot, hesitated a while. I worried about the high medical expenses which I could not afford. Finally I decided to have my brain surgery in China. In 2004, I went to China and had the brain surgery, As of today I still need follow-up examination every year. I am thankful for my wife who has never forsake me. I was afraid that the life is unpredictable and was determined to work hard to make enough money to provide a secured shelter to my family. No matter how hard and exhausting the work is, I feel it is well worth doing it. My younger sister died suddenly of cardiac arrest. It was a big blow to my parents. They later immigrated to the United States. Now both of my parents are aged – my dad is 68, who has many illnesses including insomnia and anxiety. I can not help much except visiting them more often. I was raised by my paternal grandparents. My grandpa died in 2012. Before that, I often thought to wait, wait and wait until my financial conditions got better to let

1

him enjoy the blessings with me. But he passed. I was very sad for a long time and reflected on myself. I decided to spend more time with my parents, wife and children before it was too late. Neither my wife nor I had gotten much education. Our children are self-motivated and considerate. They have volunteered in hospitals since they were in high school. My son is graduating from NYU and works at New York Presbyterian / Weill Cornell Medical Center. Last year in the pandemic, he had classes in the day and internship at the night. I worried about him. However I knew it was a special time when the medical workers are desperately needed. I backed him up with full support – cooking meals for him. He is now on night shift. My wife and I take turns to drive him to work. Our daughter is enrolled in Sophie Davis Biomedical Education Program and she is determined to study hard and aims to becoming a medical worker who can help reduce the pain and suffering of the world.

We had been good citizens in the past years. Until the time I was arrested, and my attorney explained to me the reason for my charges, I realized my wrongdoings. Facilitating a customer to purchase from a known counterfeit tag seller is part of the conspiracy to commit the crime. I implore Your Honor to forgive me. I will work even harder. I hope to be my elderly parents side when they need me, be my son's side so that he can work with a peace of mind, be my daughter's side when she strives to reach her goal and reward the society.

With my cordial blessing and I wish Your Honor and your family have health and peace.

Sincerely,

Si Lung Chung

尊敬的法官您好

很感谢您能给我机会来阐述自己，让您更进一步的了解我。

我程时伦，出生于1975年5月1日中国温州偏僻落后的小村里，我是留守儿童，我一直是跟随着我的祖父母长大的，1993我还是青少年什么都不懂的年纪就来了美国，我感谢我善良的养父母收留了我。看着我养父母一家围坐在一起吃晚餐，谈论美式足球，我心里憧憬有自己的家庭，过一个简单老实的人生。年少无知的我没有好好把握机会，没有受过高等教育。我一路奔波受过太多的苦，我感谢那些善良的陌生人不求回报的帮助我度过重重难关。我很幸运遇到了我老婆，我们很相爱，我们22岁就结婚了然后有了两个孩子。以前的生活很苦，但我们一直很开心感觉很幸福。我发誓，我要好好照顾好我的孩子，保护好我的家人，不让我的孩子像我一样受太多的苦，我要给他们良好的生活和学习环境，我也要尽我可能帮助需要帮助的人。这些年，我一直都是很勤恳努力的工作着，除了工作，我基本上都是和家人在一起，偶尔去亲朋好友家PARTY帮忙做菜。2001我在曼哈顿姐妹楼隔壁的邮电局工作，每天早上4：00就起床去上班了，因为是早班，我下午回家比较早，我就会去帮我老婆一起做工，我心疼娇小的她，一直是忙里忙外的，上班带孩子，也从来不会抱怨，勤俭节约的过日子。她是上天安排给我最好的礼物，两个孩子更是上天的眷顾和恩赐。911的时候，我也就在姐妹楼隔壁的邮电局上班，我简直不敢相信那是真的，黑烟弥漫着，一片黑暗，天塌下来了一样。因为电话联系不上，家人都吓哭了，我走了6个多小时平安回家。之后我夜夜噩梦，不知道是怎么了，我经常会停顿片刻不清醒了，我以为是自己吓傻了，还好检查出来是脑瘤。我想了很多，犹豫了很久，我怕手术费太贵，2004年我去中国做了脑瘤手术，现在每年都要复查。我要感谢我的老婆，这些年她一直在身边不离不弃。我太害怕这世界的无常，我想我要好好工作好好努力赚钱，给家人有个生活保障。不管多苦多累，我都感觉很值得。我妹妹由于心脏病过世了，给我父母很大的打击，他们移民来了美国，父母现在都是年迈的老人，我爸今年68，现在有很多病，夜不能寐，坐立不安。焦虑，我也帮不上什么，只能经常会去看望他们。我从小是跟我爷爷奶奶长大的，我爷爷在2012年去世了，我之前总是想等等等，想等生活好点让他也跟着享福，可惜他就这样的离开了。我很伤心难过，我反省自我，我要趁一切还来得及我想多陪陪我的父母老婆孩子。我和我老婆文化程度都不高，我们的孩子都很上进懂事，两个孩子高中起就经常去做医院义工，儿子今年纽约大学毕业，就职于NewYork-Presbyterian / Weill Cornell Medical Center。去年疫情期间，他白天要上课，晚上要去实习，我们很心疼孩子，但是我们知道现在特殊时期需要医护人员，我们做他的后勤工作，我给孩子做饭，，他现在是夜班，我和老婆一直轮流接送儿子，我们女儿就读于索菲亚医学院，她也立志要好好学习，以后也做医护人员希望能减轻这世间的疾苦。这些年，我们都是本分老实的好公民，直到我被抓，律师楼解释了我的被控原因的时候，我才认知到我的错误。协助一个客户从我知道的卖伪造商标的人那里买已经构成了同谋犯罪。我恳求您能够原谅我的过错。我会更加努力的工作，我想陪伴着我年老的父母，不想他们再受打击，我想好好陪着我老婆，给孩子一个温暖的家，

我想好好的陪着我的孩子，我想儿子能更安心的工作，女儿能更安心的学习来回报社会。诚挚的祝愿您和您的家人健康平安

程时伦　6/10/2021

*[签名]*　6/10/2021

June 9, 2021

Dear Judge Brian Cogan ,

I am the son of Allan Chung. It was a complete surprise when I heard the charges against my father. These charges were unexpected as I know my father as humble, hardworking, and a pillar of support in my life.

My father is one of the hardest working people I know and always treats others as he would family. Every time I go to my parent's store, I always see my father working as hard as he can and helping and teaching the other workers. He tells me that if he doesn't try his hardest for his own business, then how can he expect that level of effort from others. He treats his workers like family. My parents always make homemade lunch to bring to their store for all their workers. My father always makes sure that everyone else eats first before him, and always makes sure that they eat enough. He makes sure that they feel appreciated and would not ask them for anything that he would not do himself as well.

In addition to his coworkers, I also have always been supported by my father. For high school I always had to wake up before six in the morning to catch the train. I always told my dad that he did not need to wake up that early for me, but he always did every day before school. Every morning, I was always greeted with breakfast. This support in my education continued into college. When I had to travel to Brooklyn from Queens for my nursing clinicals, my father was always there when I needed him. My father, like many chinese fathers, is not the best at being expressive with his feelings. However, through his actions from making breakfast and offering transportation, I can see that he is proactively trying to give me a better life.

My father truly puts family first. In addition to supporting me and my sister, my father also takes care of his parents and grandmother. Despite all the work he has, he consistently makes an effort to visit them weekly. I can see how much this means to them and how my father always seems to cheer them up with his presence.

My father's dedication to his family stems from his love for his family. He always tries his best to stay strong. When my great grandfather passed, I saw how deeply my father was affected, yet he put on a happy face in front of others. He wanted to make sure that his grandfather was remembered and celebrated.

I see how my father puts others before himself and demonstrates to others his work ethic. He inspires me to work harder and supports me in whatever path I choose. He is remorseful for what he has done and recognizes how the consequences of his actions impact others.

Thank you for taking the time to read this letter and I hope that this letter will be a factor in your decision.

Sincerely,
Jack Chung

Dear Judge Brian M. Cogan,

My name is Jenny Chung, the daughter of Si Lung Chung. I am a freshman at the Sophie Davis School of Biomedical Education BS/MD program.

The morning of my parent's arrest, I shakingly cooperated with police. Initially, I thought they accidentally went to the wrong address. I have never even had a conversation with law enforcement prior to this, so seeing them arrest my parents left me speechless. I wanted to tell the officers that my parents were good people, but I knew that they would have to follow proper procedures no matter how hard I begged and pleaded.

I know about my parent's wrongdoings and have emphasized to them the impact of their actions, which they now deeply regret. Nevertheless, I am eager to express how my father has never been one to spite. The father that I deeply admire before this incident is still the same after it. He has made a big mistake, but I can confidently attest that he has learned from his misconduct.

My father is my work ethic inspiration. He came to this country when he was younger than I am now, but I am not confident I could've gone through the loneliness, financial hardships, and health conditions that he has been through. When I was twelve, I asked him about the scar on his head. I had no idea he had a brain tumor when I was very young. My parents started off our small business in a foreign country with no certainty of success. Not long before they had started, my father had to have surgery for his brain tumor, leaving our family emotionally and financially unstable. Had I not asked out of curiosity, I would have never known my father could have died that day. However, more than death, he was worried about his family. That is just my father. He works hard with no intentions to be acknowledged. He quietly works harder to compensate for low staffing and often conceals his pain. Considering how easy going my father is, I am not surprised most people would not think he has gone through such obstacles.

Along with being very patient, my father is the most dependable person I know. Rather than outwardly expressing his love, he shows his heart through actions. Since my brother's first year of high school, he wakes up early to make us breakfast and drop us off at the LIRR station to cut down our school commute. He then spends the morning dropping off cousins at respective elementary and middle schools. His routine became so normal that I often forget that he does not have to drive us, but he says he's genuinely happy to be of help.

In our home, my father values community the most and enjoys building amicable relationships with our neighbors. When problems arise, he is no bystander. When the electricity line caught on fire recently, he frantically ran barefoot to the scene to make sure someone had called the cops. When our neighbor accidentally let go of her dog's leash, he dropped everything to chase it down.

My father enjoys the simple things in life and instills values of integrity without cutting corners. Thank you for taking the time to read this letter. I hope that my perspective can provide a deeper understanding of my father's sincerely good intentions and can further play a role in your decision.

Sincerely,
Jenny Chung

# Kevin Johns



43-07 221st Street
Bayside, NY 11361
516-790-7359
KJAccurateAppraisals@gmail.com

September 7, 2020

Dear Judge Brian M. Cogan,

I was asked to write a personal reference letter for my neighbor Si Lung Chung who I know as Allan. We have been neighbors for about 15 years. When we moved in his house was being built and they purchased and moved in soon thereafter. I thank The Lord for bringing such wonderful neighbors to live beside us. I couldn't possibly tell you all of the selfless and generous things I have personally witnessed over the last 15 years, but I will try to relate a few in as truthful a manner as possible. My wife and I decided one day that we needed to get rid of a fence that was common to Allan's and our yards. We were going to speak with him when he came out of his home and asked our permission to allow him to change the fence. When we said we were just going to talk to him about the same thing we said whoever he uses to put in the fence would be fine with us and we'll split the cost. His response was "No Kevin, you are our neighbor, I could never take any money from you".

When my lawn maintenance company had problems one year and couldn't make it to cut my lawn, he not only allowed me to use his lawn mower and other tools, he even just came and cut my lawn when he cut his own. I had to make sure to try to beat him out there each week so he wouldn't have to cut my lawn but he often was ahead of me.

Recently, a woman was broken down on the street in front of his house and he immediately positioned his car properly and got out jumper cables to help get her on her way. These are just a few of the things I've witnessed in the time we have lived next to each other. He is a man of ultimate integrity. He has told me that he came from China with basically nothing and has worked very hard to provide for his family. He takes care of many people including his parents.



I was told that he was arrested for creating "knockoff" bags and selling them. With his character, I cannot believe this to be true. Especially, due to his extremely giving nature, if he was involved in such business, I am certain that he would have given a fake bag to my wife. He hasn't. We should all be so blessed as to have a friend and neighbor like Si Lung Chung, Allan. In 15 years I have never once seen him angered or displayed any type of deceitful behavior. I give him 100% of my support and I'm sure that you will never find any evidence of his wrongdoing. Obviously, I don't know all of the particulars of his legal troubles right now, but what an individual does with a product they bought from someone else legally cannot be held against the person that sold it. It's just common sense. Allan is an upstanding, good, honest person and someone I'm proud to call my friend. I fully support and back him and after having served our community for the last 30 years as a Certified Real Estate Appraiser licensed by the State of New York with my own company for around 15 years and then transitioning into being a NYS licensed Mortgage Loan Officer for about the same 15 years, my judgement is pretty reliable. This man is not a criminal in any way, shape or form. This is the exact example of the type of person we want emigrating to our country to help make us a more prosperous nation through his great work ethic, impeccable character and his unique ability to bring cultural diversity and yet adapt to our culture at the same time.

Thank you for taking the time to read about my friend and neighbor Allan Chung.

Sincerely,

*Kevin Johns*
Kevin Johns

(Translation of Letter from Le E Zheng, sister of Le Wei Zheng)

September 17, 2020

Your Honor,

My name is Le E Zheng, Le Wei's sister.

I am writing to Your Honor and thank you for your time reading my letter for my sister.

August 16, 2018 was a nightmare to me. On that day, my sister and brother-in-law were arrested. It puzzled me and I was in panic and great fear and could not believe what happened was real. Days after that were weary. It has been more than two years. I tossed and turned at night and was unable to sleep before each of their court dates. I worry about them, worry more about the children who are in college and the elderly parents who live with us.

Today I would like to use this opportunity to introduce the character of my brother-in-law, Si Lung. My sister (Le Wei) and brother-in-law (Si Lung) have been married for more than twenty years. I tell everyone I know that he is a good person. During the past twenty plus years, his love to my sister grows more and more. He is deeply in love with my sister, cares a lot about her. My parents and I were very grateful for his love. All parents have a hope to marry their daughter to a man who treats her well and kind. We are happy for my sister who found her love. Many small things in daily life seem common, but it is not easy to persevere in doing them. For many years, my brother-in-law would take an early train back home in days of bad weather, either windy, rainy, too cold in the winter or too hot in the summer. He would walk home, take the car and drive to the train station to pick up my sister who took the later train. My brother-in-law said that he is a man and is tough to endure the harsh weather, but is sure to shelter his wife and children from wind and rain.

My brother-in-law is a model husband and an even better dad. We thank God for giving them two smart and considerate children. He loves his children very much. He does not have any bad habit. As long as he has time, he will spend it with his children, either playing with them or cooking their favorite food. My brother-in-law is a very good cook and the dishes he cooked always taste delicious. When he saw the dishes are emptied by the family, he felt happy and satisfied. A father is a model of his sons. Now my nephew Jack, their son, is also able to cook delicious dishes. Jack said to us that when the school workload gave him too much pressure, he would cook to help relieve the pressure. Jenny bakes delicious desserts. They learned a lot in cooking and baking, which trained their attentiveness and patience. They also learned that a simple dish or dessert requires many work in preparation and realized that study is like a growing up process which needs time for sedimentation and accumulation. The children are grateful for their parents' hard work and sacrifice and their providing a stable and healthy nurturing environment for their bringing up. Jack is a senior in NYU majoring medicine. He often volunteers at hospitals and nursing homes. Jenny volunteers in hospitals and after-school tutoring programs. They inherited the kindness and love from their parents. My brother-in-law is a kind, simple and honest man who respects seniors and loves little children. He also loves to help

1

friends and relatives with passion. During the past years, my sister has looked after me and my family like an elder sister and a mother, and my brother-in-law has treated me like his own younger sister and attended my family and has never given us cold shoulders. When we moved back from Georgia, we lived in their house for an entire year. My brother-in-law cooked all meals for my family of four. He was always amicable and said to us, "It has more pleasure when there are more people in the house. We look after one another. The children grow up together and can bound deeper with one another." He is always kind and treats my family very well. My brother-in-law and my husband are like real brothers. He treats my children just like his own. He adores the children. My children, his children and his younger brother's children, all of them like him. He responds to all of their requests. Children are smart and can tell who the best is. His younger brother's daughter wishes to spend every weekend in his house, because love makes the children happy. He also treats his son, Jack as friend. Jenny is his favorite child. When Jenny was a child, she was very small. When she was eight, her dad still carried her when going out. She is his princess. My brother-in-law is also a filial son. He cares for his own parents and my parents. He is a loving father and a filial son. He is also a simple man with a loving heart who gives without counting on rewards. He always volunteers to help cook for relatives' banquets. His growing up experience may contributed a lot in forming his personality. He was a left-behind child and grew up under the care of his paternal grandparents. For his American dream, he suffered a lot on his journey to the United States. His younger sister passed away in a heart attack when she was only twenty-four years old. Her passing made him tasted the deep pain of losing a family member. The passing of his grandfather made him an ever more family person. He often sighs about cherishing more the still-living family members. He cherishes the time with his family, loves more deeply his wife and children, and holds dear his relatives and friends.

As to work, my brother-in-law has been a diligent, hard working man who never complains. Through his hard work in the past twenty years, he accumulates some assets. He is a boss but never behaves bossy. He does not complain about the hard and weary work he does. Many people asks him why he has to make himself working so hard today. He always replies that he is used to it, and will feel uncomfortable if not working, and working makes him feel secure. Honestly we do not want him to work so hard because he had a brain tumor before and had experienced a brain surgery to remove the tumor. Every year he needs an MRI for it. We do not want him to carry things too heavy or be too tired. However he always says that he is very healthy and still young and full of strength. The exhibitions drain of energy but he insists of setting everything up on his own, putting on shelves and samples, boxing the goods for shipping, etc. He is always the one who works with the most enthusiasm. He is surely a devoted diligent worker and a good boss worthy of the respect of others.

Your Honor, my brother-in-law is a good person. Please pardon him for his unintentional mistake. Allow him to be with his family, and continue to work hard and rewards the society.

Cordially,

Le E Zheng

亲爱的法官大人

我是郑乐微的妹妹，郑乐娥

我再次提笔写信打扰您，感谢您用您宝贵的时间来阅读我的信。

我姐姐郑乐微姐夫程时伦于 8/16/2018 早上被抓，一想到那天感觉是场噩梦，让我困惑恐慌和害怕也无法置信那是真的。时间很快也有两年多了，这些日子很磨人。快到上庭的时候我都会辗转难眠。我担心他们，更担心着会影响他们正在上大学的孩子和我们家里的老人。

今天我想和您介绍一下我的姐夫程时伦的人品。我姐姐（郑乐微）和姐夫（程时伦）已经结婚二十多年，我可以和所有的人说我姐夫程时伦是个大好人。这二十几年，姐夫对姐姐的爱有增无减，深深的爱着姐姐，心疼着姐姐，在这点，我父母和我都很感谢我姐夫付出。所有天下父母的心愿就是女儿能找个对她好的人，我们都替我姐姐高兴寻得良人。生活中很多的小细节，可能看起来很普通，却很难得会坚持着的，像这些年，每次遇到恶劣天气，刮风下雨或太冷的冬天或太热夏天，姐夫都会坐早一班火车回家，因为火车站离家里有一段路，火车站旁边不容易停车，姐夫会先走路回家，然后开车到火车站接姐姐回家，姐夫说自己可以风吹日晒，因为自己是男人，但他一定要为老婆孩子遮风挡雨。

姐夫是个模范丈夫更是个好爸爸。感谢上天的恩赐，姐姐和姐夫有两个聪明懂事的孩子。姐夫很爱孩子，他没有不良嗜好，他一有时间就窝家里，陪孩子玩，给孩子做好吃的。姐夫他很会做菜，他做的菜都很好吃，每次看到餐桌上的菜吃的光光的他就会很开心，他很满足。父亲是孩子的榜样，现在我的外甥 JACK，（他们的儿子）厨艺也很好，他说在读书压力很大的时候，他会做菜缓解一下压力。Jenny 烘培甜点做的很好。做菜，烘培也让孩子学会了很多，要细心和耐心，这让孩子领会看似简单，其实要很多的准备工作，让孩子知道学习和成长一样需要时间的沉淀和积累。孩子们也感谢父母的辛苦付出，给两个孩子的成长提供了健康稳定良好的生活环境。儿子 JACK CHUNG 是 NYU 医学大四学生，经常去医院做义工和老人院做义工。Jenny 经常去医院做义工还跑去课后补习班做义工。这就是 继承着父母骨子里善良和仁爱。姐夫是个善良简单朴实的人，尊老爱幼，对亲朋好友都是很热情帮忙，乐善好施，这些年，我姐姐像姐姐又像我妈一样的照顾我一家人子，我姐夫，对我也像自己家妹妹一样的照顾我一家子，从来不会嫌弃我们，我们从乔治亚搬回来住我姐姐家一年，我们一家四口，基本上都是姐夫做饭给我们大家一起吃。他总是很和善，对我们说没事一起住热闹可以相互照应着。孩子们在一起玩着长大感情好。姐夫总是那么善良，待我们一家子真的很好。姐夫和我老公相处成自己亲兄弟一样。对我们的孩子和自己的孩子一样照顾。姐夫很宠爱孩子，我家的孩子，他弟弟家的孩子，都很喜欢他。他对孩子有求必应。孩子是最聪明的，最知道谁的好，也不会掩饰自己的情感。他弟弟家的女儿也巴不得每个周末都来一起共度周末，因为爱的氛围下，让孩子们都很开心。JACK 和他处成朋友一样，姐夫最疼爱他女儿 JENNY，JENNY 小时候比较瘦小，出去游玩，8 岁多还喜欢把她抱着，她就是他的公主。姐夫很孝顺，对他自己的父母我们的父母很关爱。他是慈父也是大孝子。姐夫是一个简单的人，而且很有爱心，他一直不求回报的付出。对亲戚朋友也是很帮忙的。哪个亲戚朋友家办喜事，他一定会过去帮厨。这和他的人生经历有一定的关系，他是留守儿童，在爷爷奶奶身边长大，为美国梦而来，在路上颠簸流离，吃了不少苦头，他妹妹才 24 岁就因心脏病发而英年早逝他

深深体会了亲人离去的痛，他爷爷的去世让他更重感情，叹息要在人活的时候多善待和珍惜，他很珍惜和家人一起的时间，更爱老婆和孩子，爱家人，珍爱亲朋好友。

在工作上，我姐夫这些年一直是兢兢业业，吃苦耐劳，任劳任怨。，通过二十几年的辛苦拼搏和努力，姐夫现在也小有成就，他没有老板的架子，他不怕苦不怕累，身边很多人都说他现在生活条件还可以，为什么还是要这样自己辛苦，他总是说自己习惯了，不干活感觉不自在，干活让他感觉很踏实。说实话，我们都不想他太辛苦，因为他早前脑瘤问题，开刀过做了摘除手术，现在每年要去做磁共振复查，我们都不想他搬太重的东西和太过劳累，他总是说自己很健康，还很年轻，有的是力气。很每次展销会是最累人，他都会亲历亲为，搭架子摆样品，回来理货打箱子寄货，他总是干的最起劲的那个，他是个敬业的辛勤工作者，是个让人敬仰的好老板。

仁爱的法官，我姐夫程时伦真的是大好人，请您宽恕他的无心之错。让他可以和家人在一起，好好工作，更好的回报社会。

诚挚的祝福您平安健康.

郑乐娥 9/17/2020

*Lee Zheng 9/17/2020*

September 17, 2020

Dear Judge Cogan,

     My name is Judy Zhou and I am a sophomore biology major at Stony Brook University, studying to be a physician assistant.

     The day after the police arrested Le Wei Zheng and Si Lung Chung, I met up with their daughter Jenny Chung. She seemed so disheveled and distracted so I asked her what was wrong. She reluctantly told me about what had happened the day before and the charges brought against them. I was dumbfounded because I have known this family long enough to know that they have no ill-intent. I am aware of their crimes but quickly accepted Jenny's request to write this statement, hoping that I could be of help.

     I have known Si Lung Chung for 14 years as both his neighbor and family friend. I've I have always seen him as a family man who treats his wife and kids with utmost care and attention. He is also kind and respectful to everyone around him. Everyone in my family would agree that he is an honest man who would not create unnecessary attention. He would wish the best for everyone.

     I still remember one time I got into an argument with his daughter and we did not talk or interact with each other for a long time although both our families are close. He was the peacemaker and gathered us together to talk to each other and go to the movies to ease the tension between us. He has a positive mindset and always tried to make the best out of situations.

     Si Lung loves to share his joy with the people around him. His personal hobby is fishing, and he would wake up early and drive far out to fish. He could be giving the fish he catches to his family to eat but he always thinks about the people around him and shares with them. Many people do not think about others first but he is the selfless, compassionate type of person you would read about or see on TV.

     I hope you will read my letter and understand that Si Lung Chung is a good man and consider it as a factor towards your decision.

Sincerely,
Judy Zhou

*Judy Z*

Dear Judge Cogan,

My name is Hunk Fu and I am an incoming sophomore at Stuyvesant High School.

The day the police came to our house was a confusing and slightly scary day. After I woke and quickly rushed out of the house I met up with my cousins who were clearly in distress. When they told me what was going on I was in disbelief. I have always known my aunt and uncle, Le Wei Zheng and Si Lung Chung, as the most kind, hard working people I know. When I was asked to write this I was glad to accept in hopes that it would help.

I have known my aunt and uncle for as long as I know, even living with them for most of my life. My uncle is always very friendly towards everyone and nonchalant about everything. He is a family man who treats everyone around him as his own family. He is an honest hardworking man that strives to improve himself. He loves spreading his happiness to the people he loves most whether it's sharing something new or lightening up the mood wherever he goes. He isn't afraid of helping the kids and doing activities they want to do. He always looks out for them and makes sure they don't get hurt while they're having fun. He loves fishing and takes his friends out to have a good time relaxing whenever he can.

He loves making kids happy whether it be spoiling them , playing with them, or even accompanying them to places they want to go. He never argues with any family members and treats everyone with respect and as a result everyone looks up to him. He quietly makes sure that everyone around him is well fed and always helps through tough times. He is a humble man who wishes the best to anyone he comes across.

I hope that you can see my uncle is an honest person that works hard for their friends and family.

Sincerely,

Hunk Fu